March 25, 1974.

No. State 189.   RODRIGUEZ, Plaintiff in error, V. STATE, Defendant in error.

For the plaintiff in error: *Robert J. Lerner* of Milwaukee.   For the defendant in error: *Robert W. Warren*, attorney general, and *Christine M. Wiseman*, assistant attorney general.

*By the Court.*—Judgment affirmed.